# EXHIBIT B

L&L Excavating LLC

info@dirtdrillers.com

# INVOICE

BILL TO
Underground Contractors Inc.
30561 Andersen CT.
Wixom, MI. 48393
Attn: Brian

INVOICE NO. 1001
TERMS Net 30
DATE 01/06/2015
DUE DATE 02/05/2015

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **boring** Directional Drilling CSX Railroad | 560 | 6.00 | 3,360.00 |

Plymouth Township
Pearl Street
CSX Railroad

BALANCE DUE **$3,360.00**

L&L EXCAVATING LLC
3451 Vassar Road
Reese, Michigan 48757